**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

MIHRDAT HOVHANNISYAN
LLC

CIVIL ACTION NO. 26-0167

VERSUS

JUDGE S. MAURICE HICKS, JR.

WARDEN JACKSON PARISH
CORRECTIONAL CENTER

MAGISTRATE JUDGE MCCLUSKY

**ORDER**

The above-captioned matter is hereby transferred to Judge Donald E. Walter for

further proceedings.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 4th day of February,

2026.

_____
United States District Judge