UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| MIHRDAT HOVHANNISYAN | CIVIL ACTION NO. 26-0167-P |
| VERSUS | JUDGE DONALD E. WALTER |
| WARDEN JACKSON PARISH CORRECTIONAL CENTER | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED** that to the extent Petitioner Mihrdat Hovhannisyan seeks release under *Zadvydas*, his Petition is **DISMISSED WITHOUT PREJUDICE** to his right to re-file the claim should his confinement become unconstitutional.

**IT IS FURTHER ORDERED** that Petitioner's claims concerning his conditions of confinement and medical care are **DISMISSED WITH PREJUDICE** here but **WITHOUT PREJUDICE** to his right to raise them in a separate civil rights action.

**IT IS FURTHER ORDERED** that Petitioner's claim that the Government failed to afford him a bond hearing and claim under the Administrative Procedure Act is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 25th day of February, 2026.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE